**No. 67871.**—James S. Baker (Imports) Co., Inc., and J. T. Steeb & Co., Inc. v. United States, protest 62/9195 (Portland, Oreg.).

Opinion by RAO, J. In accordance with oral stipulation of counsel that the merchandise, invoiced as "471-14" crowbars," is similar in all material respects to that the subject of *United States* v. *National Carloading Corp. et al.* (48 CCPA 70, C.A.D. 767) ; that the merchandise invoiced as twist drills does not contain any of the alloys mentioned in paragraph 352; and that the screw extractors are articles or wares in chief value of metal, the claims of the plaintiffs were sustained.